## No. 13,565.

ZELLER ET AL. *v.* MOREY MERCANTILE COMPANY.

(37 P. [2d] 392)

Decided October 22, 1934.

Mr. RILEY R. CLOUD, Mr. MATT J. KOCHEVAR, Mr. JOHN W. ELWELL, for plaintiffs in error.

Mr. JOSEPH W. HAWLEY, for defendant in error.

*In Department.*

MR. JUSTICE BUTLER, sitting for MR. CHIEF JUSTICE ADAMS, delivered the opinion of the court.

THE Morey Mercantile Company obtained judgment against J. J. Zeller and Joe McCallister, doing business as Tivoli Union Company, for beer sold to the defendants.

As in *Zeller v. Taylor*, 95 Colo. 503, 37 Pac. 391, so here, Fred Hared acted in behalf of the defendants in making the purchase, the only disputed question being the authority of Hared. The evidence on that question was the same in both cases.

For the reasons stated in the opinion in the Taylor case, the judgment in this case is affirmed.

MR. JUSTICE HILLIARD and MR. JUSTICE BOUCK concur.